# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Michelson, Laurie J. | United States District Court, Eastern District of Michigan | 08/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

231 West Lafayette Blvd.
Room 744
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian for the Beneficiary (while a minor) | Debra A. Berman Irrevocable Trust |
| 2. | Advisory Board Member | Eton Academy |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Butzel Long Pension Trust. Distributions of $1,431 per month commencing at the age of 65. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 08/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Michelson, Laurie J.** | 08/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Michelson, Laurie J.** | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Bank of America (cash account) | A | Interest | L | T | | | | | |
| 2.  Bank of America -- IRA (cash) | A | Interest | J | T | | | | | |
| 3.  Brokerage Account | | | | | | | | | |
| 4.  - DJIA LIRN ISSUER BAS 111.5% | A | Dividend | K | T | | | | | |
| 5.  - Bank of America NA RASP | A | Dividend | K | T | | | | | |
| 6.  - DJIA LIRN ISSUER BOFA 116.1% | A | Dividend | K | T | | | | | |
| 7.  - DJIA LIRN ISSUER RBC PART 107.5% | | | | | Sold | 12/18/19 | L | E | |
| 8.  - American Fundamental Investors Mutual Fund | B | Dividend | M | T | | | | | |
| 9.  -MSCI EM STEPUP ISS BNS PREM 9.50% | A | Dividend | K | T | | | | | |
| 10.  - American Washington Mutual Investors Fund | C | Dividend | M | T | | | | | |
| 11.  - SP500 ARN ISSUER WFF CAP 10.24% | A | Dividend | K | T | Buy | 12/19/19 | K | | |
| 12.  - First Trust Large Cap Value Mutual Fund | A | Dividend | K | T | | | | | |
| 13.  - First Trust Large Cap Growth Mutual Fund | B | Dividend | M | T | | | | | |
| 14.  - First Trust Mid Cap Core Mutual Fund | A | Dividend | K | T | | | | | |
| 15.  - DJIA LIRN ISSUER BARC PART 115% | A | Dividend | K | T | Buy | 11/26/19 | K | | |
| 16.  - DJIA LIRN ISSUER TD BANK PART 105% | A | Dividend | K | T | Buy | 12/19/19 | K | | |
| 17.  - SP500 ARN ISSUER HSBC CAP 11.69% | A | Dividend | K | T | Buy | 09/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Michelson, Laurie J.** | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Global X MLP ETF | A | Dividend | J | T | | | | | |
| 19.   - SX5E LIRN ISSUER RBC | | | | | Sold | 12/18/19 | K | C | |
| 20.   - SP500 ARNS ISSUER BNS CAP 12.15% | A | Dividend | L | T | Buy | 05/30/19 | L | | |
| 21.   - SP500 CLIRNS ISSUER BNS CAP 13.73% | A | Dividend | K | T | Buy | 12/19/19 | K | | |
| 22.   - BLACKROCK SCIENCE AND TECH TR 11 | B | Dividend | K | T | Buy | 06/15/19 | K | | |
| 23.   - ISHARES EDGE MSCI USA MOMETUM FACTOR ETF | A | Dividend | J | T | Buy | 10/30/19 | J | | |
| 24.   - DJIA LIRNS Issuer CI BC 127.6% | A | Dividend | K | T | | | | | |
| 25.   - SP500 CLIRN ISS BNS 12.00% | | | | | Sold | 09/29/19 | K | B | |
| 26.   - SX5E CLIRN ISS CIBC 26.16% | | | | | Sold | 10/25/19 | K | A | |
| 27.   - Nuveen Short Duration HI Yld Muni Bd Fd | A | Interest | K | T | Buy | 10/30/19 | K | | |
| 28.   - Nuveen High Yield Muni | B | Interest | K | T | Buy | 10/30/19 | K | | |
| 29.   - R2000 ARN Issuer SEK Cap 10.89% | | | | | Sold | 10/15/19 | K | | |
| 30.   - R2000 Stepup Issuer BOFA Step PREM 6.23% | A | Dividend | K | T | | | | | |
| 31.   - SP500 ARN Issuer CIBC Cap 13.83% | | | | | Sold | 05/31/19 | L | D | |
| 32.   - First Tr Managed Municipa Fixed Inc | B | Dividend | L | T | | | | | |
| 33.   - Ishares S-T Natl Muni Bond ETF | A | Dividend | K | T | | | | | |
| 34.   - Ishares US ETF TR Short Mat Mun Bd | B | Dividend | M | T | Sold<br>(part) | 10/30/19 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Michelson, Laurie J.** | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Mainstay Mackay Dfndtrm Mun Oppor FD | B | Dividend | K | T | | | | | |
| 36. - Vaneck Vectors Short High Yield Municipa | B | Dividend | L | T | | | | | |
| 37. IRA #1 | | | | | | | | | |
| 38. - Bank of America NA RASP | A | Dividend | J | T | | | | | |
| 39. - Blackrock Equity Dividend Mutual Fund | B | Dividend | M | T | | | | | |
| 40. - Goldman Sachs US Equity Mutual Fund | B | Dividend | L | T | | | | | |
| 41. - iShares S&P Global 100 Index Mutual Fund | B | Dividend | L | T | Sold (part) | 10/30/19 | J | C | |
| 42. - iShares Core High Div Equity Fund | C | Dividend | L | T | Sold (part) | 10/30/19 | J | C | |
| 43. - Invesco S&P 500 Quality ETF Shares | B | Dividend | M | T | | | | | |
| 44. - Vanguard Dividend Appreciation Fund | B | Dividend | M | T | Sold (part) | 10/30/19 | J | D | |
| 45. - First TR Exchange FDN | A | Dividend | K | T | | | | | |
| 46. - First TR Consumer FXD | A | Dividend | K | T | | | | | |
| 47. - First TR Indstrl FXR | A | Dividend | K | T | | | | | |
| 48. - First TR Nasdaq Bank ETF | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 49. - First TR Technology FXL | A | Dividend | K | T | | | | | |
| 50. First Trust Large Cap Growth Oppor FD | A | Dividend | J | T | | | | | |
| 51. First TR NASDQ 100 | A | Dividend | K | T | Buy | 09/11/19 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares Edge Msci USA | A | Dividend | K | T | Buy | 10/30/19 | K | | |
| 53. Simons-Michelson-Zieve Inc Stock | A | Dividend | M | W | | | | | |
| 54. The Northwestern Mutual Life Insurance Company (whole life) | C | Interest | L | T | | | | | |
| 55. Massachusetts Mutual Life Ins Company (group universal) | B | Interest | J | T | | | | | |
| 56. Simons-Michelson-Zieve Note Receivable | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Michelson, Laurie J.** | 08/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: The Debra Berman Irrevocable Trust presently is an unfunded trust holding life policy through USAA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Laurie J. Michelson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544